IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                : CHAPTER 13
Gladwyn Lindsay      : No. 14-14328-JKF
Debtor

O R D E R

AND NOW, this _____ day of _____, 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

**Date: March 4, 2019**

cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Gladwyn Lindsay

PAYROLL CONTROLLER
Commonwealth of PA (Corrections)
500 E. 4th Street
Chester, PA 19013