United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 14-14328-jkf
Gladwyn Lindsay                                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Mar 04, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.
db          +Gladwyn Lindsay,    1000 E. Rittenhouse Street,    Philadelphia, PA 19138-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:
     ANDREW  SPIVACK    on behalf of Creditor    Nationstar Mortgage LLC Et al. paeb@fedphe.com
     DANIEL BRETT SULLIVAN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. BNCmail@w-legal.com,
      DanS@w-legal.com
     DAVID M. OFFEN    on behalf of Debtor Gladwyn  Lindsay dmo160west@gmail.com,
      davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
      bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     SCOTT  WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
     THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, Et Al...
      tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                    TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| Gladwyn Lindsay | : | No. 14-14328-JKF |
| Debtor |  |  |

O R D E R

AND NOW, this         day of                  , 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: March 4, 2019**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Gladwyn Lindsay

PAYROLL CONTROLLER
Commonwealth of PA (Corrections)
500 E. 4th Street
Chester, PA 19013