United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 14-14328-jkf
Gladwyn Lindsay                                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2                   Date Rcvd: May 16, 2019
                              Form ID: 138NEW             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
db             +Gladwyn Lindsay,    1000 E. Rittenhouse Street,    Philadelphia, PA 19138-1803
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: NATIONSTAR MORTGAGE, LLC.,      PO Box 630267,   Irving, TX   75063)
13337782       +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
13380696       +Bank of New York Mellon,    c/o Nationstar Mortgage LLC,    PO Box 619096,   Dallas TX 75261-9096
13317993       +Global Con,    5320 College Blvd.,    Overland Park, KS 66211-1621
13317994       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13317995       +Hsbc Auto,    6602 Convoy Ct,    San Diego, CA 92111-1000
13317998       +Milstead & Associates LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:36      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:37:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2019 02:37:30      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13360214        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2019 02:38:09
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13317990        E-mail/Text: bankrupt@choicerecovery.com May 17 2019 02:36:34      Choice Recovery,
                 1550 Old Henderson Rd St,    Columbus, OH 43220
13317991        E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:36      City of Philadelphia,
                 Department of Revenue,    PO Box 41496,    Philadelphia, PA 19101-1496
13407925        E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:36      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13317992       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 17 2019 02:37:49      Credit Coll,
                 Po Box 9134,   Needham, MA 02494-9134
13317996        E-mail/Text: JCAP_BNC_Notices@jcap.com May 17 2019 02:37:25      Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
13336576        E-mail/Text: JCAP_BNC_Notices@jcap.com May 17 2019 02:37:25      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13317997       +E-mail/Text: bankruptcydpt@mcmcg.com May 17 2019 02:37:16      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13318000       +E-mail/Text: bankruptcygroup@peco-energy.com May 17 2019 02:36:48      PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13318001       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 17 2019 02:36:36
                 Verizon,    500 Technology Dr Suite 300,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
13317999*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage Ll,     350 Highland Dr,   Lewisville, TX 75067)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: May 16, 2019
                              Form ID: 138NEW             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Nationstar Mortgage LLC Et al. paeb@fedphe.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. BNCmail@w-legal.com,
               DanS@w-legal.com
              DAVID M. OFFEN    on behalf of Debtor Gladwyn  Lindsay dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC Et al. pa-bk@logs.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Gladwyn Lindsay
       Debtor(s)

Bankruptcy No: 14–14328–jkf
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 5/16/19

77 – 76
Form 138_new