Certificate Number: 01267-PAE-CC-023499744



01267-PAE-CC-023499744

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 29, 2014, at 11:58 o'clock AM CDT, Gladwyn R Lindsay received from Money Management International, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: May 29, 2014                By:    /s/Cristina Gonzalez

                                  Name:  Cristina Gonzalez

                                  Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).