Gladwyn Lindsay

1000 East Rittenhouse St.                                            11/19/2019

Philadelphia, Pa. 19138

Bankruptcy No. 14- 14328- JKF

To whom it my concern :

As per our phone conversation a check in the amount of $ 547.00 was return to your office and I am requesting the return of that check to me Gladwyn Lindsay at the above address, thank you in advance.

                                              Respectfully yours

                                              Gladwyn Lindsay

*[signature: Gladwyn Lindsay]*

FILED
NOV 22 2019
TIMOTHY McGRATH, CLERK
PER CLERK





