*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Gladwyn Lindsay
    Debtor(s)

Case No: 14–14328–jkf
Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Debtor's Motion for Return of Unclaimed Funds

    on: 12/18/19

    at: 11:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/26/19

Timothy B. McGrath
Clerk of Court

87 – 86
Form 167