```
                        United States Bankruptcy Court
                       Eastern District of Pennsylvania
```

In re:                                                              Case No. 14-14328-jkf
Gladwyn Lindsay                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Christina            Page 1 of 2            Date Rcvd: Nov 26, 2019
                                Form ID: 167               Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.
```
db             +Gladwyn Lindsay,    1000 E. Rittenhouse Street,    Philadelphia, PA 19138-1803
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: NATIONSTAR MORTGAGE, LLC.,    PO Box 630267,    Irving, TX   75063)
13380696       +Bank of New York Mellon,    c/o Nationstar Mortgage LLC,    PO Box 619096,   Dallas TX 75261-9096
13317993       +Global Con,   5320 College Blvd.,    Overland Park, KS 66211-1621
13317995       +Hsbc Auto,   6602 Convoy Ct,    San Diego, CA 92111-1000
13317998       +Milstead & Associates LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13337782       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 27 2019 03:44:24
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13360214        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 27 2019 03:46:27
                 American InfoSource LP as agent for,   Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
13317990        E-mail/Text: bankrupt@choicerecovery.com Nov 27 2019 03:43:44       Choice Recovery,
                 1550 Old Henderson Rd St,    Columbus, OH 43220
13317991        E-mail/Text: megan.harper@phila.gov Nov 27 2019 03:44:56      City of Philadelphia,
                 Department of Revenue,    PO Box 41496,    Philadelphia, PA 19101-1496
13407925        E-mail/Text: megan.harper@phila.gov Nov 27 2019 03:44:56      City of Philadelphia,
                 Law Department   Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA   19102-1595
13317992       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 27 2019 03:45:06       Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13317994       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 27 2019 03:44:24       Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
13317996        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 27 2019 03:44:45       Jefferson Capital Syst,
                 16 Mcleland Rd,   Saint Cloud, MN 56303
13336576        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 27 2019 03:44:45       Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
13317997       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2019 03:44:38       Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13318000       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 27 2019 03:44:25        PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13318001       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 27 2019 03:43:45
                 Verizon,   500 Technology Dr Suite 300,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13317999*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Christina            Page 2 of 2                   Date Rcvd: Nov 26, 2019
                               Form ID: 167               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    Nationstar Mortgage LLC Et al. paeb@fedphe.com
         DANIEL BRETT SULLIVAN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. BNCmail@w-legal.com,
          DanS@w-legal.com
         DAVID M. OFFEN    on behalf of Debtor Gladwyn   Lindsay dmo160west@gmail.com,
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC Et al. pa-bk@logs.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
         SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
         THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, Et Al...
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                      TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gladwyn Lindsay
    Debtor(s)

Case No: 14−14328−jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Debtor's Motion for Return of Unclaimed Funds

on: 12/18/19

at: 11:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/26/19

Timothy B. McGrath
Clerk of Court

87 − 86
Form 167