*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gladwyn Lindsay
    Debtor(s)

Case No: 14–14328–jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULED AS TO TIME ONLY\*\*\*

Pro Se Debtor's Motion for Return of Unclaimed Funds in the Amount of: $547.00 Filed by Gladwyn Lindsay.

on: 12/18/19

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/29/19

Timothy B. McGrath
Clerk of Court

89 – 86
Form 167