## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

GLADWYN LINDSAY  Chapter 13

    Debtor  Bankruptcy No. 14-14328-JKF

### ORDER

And now, upon consideration of the *Pro Se Debtor's Motion for Return of Unclaimed Funds* (Doc. #86);

**IT IS HEREBY ORDERED**

1. The Motion is **GRANTED.**

2. The Clerk is directed to pay to the Debtor, the Unclaimed Money in the amount of $547.00 being held by this court pursuant to 11 U.S.C. 347 (a) of the Bankruptcy code.

The check shall be made payable to "Gladwyn Lindsay" and mailed to 1000 East Rittenhouse Street, Philadelphia, PA 19138.

dated: 12/19/19

*[signature]*

**JEAN K. FITZSIMON**
**United States Bankruptcy Judge**