United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 14-14328-jkf
Gladwyn Lindsay   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Virginia   Page 1 of 1   Date Rcvd: Dec 19, 2019
                  Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.
db             +Gladwyn Lindsay,    1000 E. Rittenhouse Street,    Philadelphia, PA 19138-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    Nationstar Mortgage LLC Et al. paeb@fedphe.com
      DANIEL BRETT SULLIVAN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. BNCmail@w-legal.com,
       DanS@w-legal.com
      DAVID M. OFFEN    on behalf of Debtor Gladwyn  Lindsay dmo160west@gmail.com,
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
       bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC Et al. pa-bk@logs.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, Et Al...
       tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

GLADWYN LINDSAY                                Chapter 13

      Debtor                                          Bankruptcy No. 14-14328-JKF

**ORDER**

And now, upon consideration of the *Pro Se Debtor's Motion for Return of Unclaimed Funds* (Doc. #86);

**IT IS HEREBY ORDERED**

1. The Motion is **GRANTED.**

2. The Clerk is directed to pay to the Debtor, the Unclaimed Money in the amount of $547.00 being held by this court pursuant to 11 U.S.C. 347 (a) of the Bankruptcy code.

The check shall be made payable to "Gladwyn Lindsay" and mailed to 1000 East Rittenhouse Street, Philadelphia, PA 19138.

dated: 12/19/19

**JEAN K. FITZSIMON**
**United States Bankruptcy Judge**